# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

CHRISTOPHER LEON SMITH,

    Plaintiff,

v.

PIERCE COUNTY CORRECTIONAL FACILITY, *et al.*,

    Defendants.

CASE NO. C09-5269FDB

ORDER

    This Civil Rights Action has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and 636 (b)(1)(B), and Local Magistrate Judge's Rule MJR3 and MJR4. Plaintiff in this action, Christopher Leon Smith, continues to file "exhibits" and other papers. On June 24, 2009, the court entered an order returning many of these filings to plaintiff and informing him the filings were not proper.

ORDER - 1

1     The post marks on the material just received indicate that the documents may have been

2 sent prior to the court's order reaching Mr. Smith. Therefore, the court will not consider

3 sanctions at this time.

        The court now ORDERS:

        1.      The Clerk's office will return the bundle of papers to plaintiff unfiled.

        2.      Plaintiff is instructed to follow the Fed. R. Civ. P and the Local Rules regarding

                his future filings and he is reminded that a copy of everything he sends to court

                must be served on any party who appears in this action.

        DATED this 8th day of July, 2009.


                                                        _____
                                                        J. Richard Creatura
                                                        United States Magistrate Judge