# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

CHRISTOPHER LEON SMITH,

    Plaintiff,

v.

PIERCE COUNTY CORRECTIONAL FACILITY, *et al.*,

    Defendants.

CASE NO. C09-5269FDB

ORDER ON PENDING MOTION

This Civil Rights Action has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and 636 (b)(1)(B), and Local Magistrate Judge's Rule MJR3 and MJR4. Before the Court is plaintiff's motion to proceed *in forma pauperis* (Dkt. # 33). Plaintiff was granted *in forma pauperis* status on June 8, 2009. That status has not been revoked and the current motion is moot. The motion will not be considered by the court further.

The Clerk's Office is directed to remove Dkt. # 33 from the Court's calendar.

DATED this 22nd day of September, 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1