# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHRISTOPHER LEON SMITH

v.

PIERCE COUNTY JAIL, *et al.*,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5269FDB/JRC

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court declines to adopt the Report and Recommendation;

The motion to dismiss this action is **GRANTED** for failure to exhaust administrative remedies.

Plaintiff's complaint is **DISMISSED** without prejudice.

| November 3, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

    *s/CM Gonzalez*
Deputy Clerk